```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :    INFORMATION
                                    :
     - v. -                         :    20 Cr.
                                    :
CORTEZ FOWLKES,                     :
                                    :
               Defendant.           :
- - - - - - - - - - - - - - - - - X
```

**20 CRIM 309**

### COUNT ONE
### (False Distress)

The United States Attorney charges:

1. From at least on or about March 16, 2019 through on or about February 25, 2020, in the Southern District of New York and elsewhere, CORTEZ FOWLKES, knowingly and willfully communicated false distress messages to the United States Coast Guard ("USCG") and caused the USCG to attempt to save lives and property when no help was needed, to wit, FOWLKES called the New York City Police Department's 9-1-1 line with the intent to convey false distress messages that an individual was in the water of the Hudson and Harlem Rivers.

(Title 14, United States Code, Section 88(c).)

*Geoffrey Berman/mss*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

CORTEZ FOWLKES,

Defendant.

---

INFORMATION

20 Cr.

(14 U.S.C. § 88(c).)

GEOFFREY S. BERMAN
United States Attorney

---