

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/2/20
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

**BY ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED  7/2/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

Re:  *United States v. Cortez Fowlkes*, 20 Cr. 309 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter in response to the Court's July 1, 2020 Order directing the parties to propose dates for an initial scheduling conference in this matter. The parties are available for an initial scheduling conference on July 13, July 14, or July 16, 2020. The Government also respectfully requests, with the defendant's consent, that time be excluded in this matter until July 16, 2020. The exclusion of time would allow the Government to produce discovery, defense counsel to review discovery with the defendant, and for the parties to discuss a pre-trial disposition in this case.

---

An initial scheduling conference is hereby scheduled for July 23, 2020 at 11 a.m. The Court finds that the ends of justice are served by the exclusion of time and outweigh the best interest of the public and the Defendant in a speedy trial, because doing so will allow the Government to produce discovery, defense counsel to review discovery with the defendant, and for the parties to discuss a pre-trial disposition in this case. Time is therefore excluded under the Speedy Trial Act, 8 U.S.C. § 3161 (h)(7)(A), from the date of this Memo Endorsement until July 23, 2020.
SO ORDERED.

---

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: */s/ Mitzi S. Steiner*
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

CC: Julia Gatto, Federal Defenders of New York