Case 1:20-cr-00309-AJN   Document 18   Filed 07/09/20   Page 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cortez Fowlkes,

                Defendant.

20-cr-309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An initial scheduling conference in this matter is currently scheduled for Thursday, July 23, 2020 at 11:00 A.M. Dkt. No. 17. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Fowlkes, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than July 17, 2020.

      SO ORDERED.

Dated: July  9 , 2020
       New York, New York

                                            ALISON J. NATHAN
                                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-                                      **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

Cortez Fowlkes,

                            Defendant.                    20-cr-309 (AJN)

---------------------------------------------------------------X

**Check Proceeding that Applies**

_____      Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:              _____
                     Signature of Defendant


                    _____
                     Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:              _____
                     Signature of Defense Counsel


                    _____
                     Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:             _____
                  Signature of Defense Counsel

**Accepted:**     _____
                  Signature of Judge
                  Date: