USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Cortez Fowlkes,

                          Defendant.

20-cr-309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An initial scheduling conference in this matter is currently scheduled for Thursday, July 23, 2020 at 11:00 A.M. Dkt. No. 17. The conference will be held remotely using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 124262265. As noted on July 9, 2020, Dkt. No. 18, Defense counsel shall provide the waiver of physical presence form to Mr. Fowlkes, discuss its contents with him, and provide the Court with a waiver signed by him no later than July 22, 2020 at 12 p.m.

Pursuant to the Court's Individual Practices in Criminal Cases, prior to the initial conference, counsel shall confer and be prepared to propose to the Court a trial date and a schedule for any pretrial motions. If possible, counsel should also email their proposed motion schedule and trial dates to NathanNYSDChambers@nysd.uscourts.gov in advance of the conference.

SO ORDERED.

Dated: July 21, 2020
     New York, New York

_____
ALISON J. NATHAN
United States District Judge