USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cortez Fowlkes,

             Defendant.

20-cr-309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because videoconference technology is not reasonably available, the initial scheduling conference currently scheduled for Thursday, July 23, 2020 at 11:00 A.M will now proceed by teleconference. At 11 a.m. on July 23, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

    SO ORDERED.

Dated: July 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge