USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cortez Fowlkes,

　　　　　　　　　Defendant.

20-cr-309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　Defendant shall file his response to the Government's August 6, 2020 letter motion and proposed protective order, Dkt. No. 23, by August 12, 2020.  The Government shall file its reply, if any, by August 14, 2020.

　　SO ORDERED.

Dated: August 6, 2020
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge