**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/20
```

VIA ECF
The Honorable Alison Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Cortez Fowlkes*, 20 CR 309 (AJN)

Dear Judge Nathan:

With the consent of the government, I write to seek a 30-day adjournment of the next pretrial conference scheduled in the above-referenced case. I am preparing to submit a deferred prosecution application to the U.S. Attorney's office but need additional time to complete my submission. As such, I ask that the Court adjourn the next conference. To accommodate this request, Mr. Fowlkes consents to exclude time until the adjourned date for purposes of the Speedy Trial Act.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212-417-8750

cc:   AUSA Mitzi Steiner (via ECF)

---

In light of the Defendant's request and the Government's consent, the status conference scheduled for October 29, 2020 is hereby adjourned to December 2, 2020 at 10 a.m.  The Court finds that the ends of justice are served by the exclusion of time and outweigh the best interest of the public and the Defendant in a speedy trial, because doing so will allow the Defendant to submit a deferred prosecution application, to review the discovery produced by the Government, and time for the Defendant to consider any available motions he may wish to file.  Time is therefore excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until December 2, 2020.
SO ORDERED.

10/26/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.