**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2020

VIA ECF
The Honorable Alison Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

Re:   *United States v. Cortez Fowlkes*, 20 CR 309 (AJN)

Dear Judge Nathan:

With the consent of the government, I write to seek an adjournment of the next pretrial conference currently scheduled for December 2, 2020. The parties ask for an adjourned date in mid-January 2021.

Beginning after Thanksgiving and until the New Year, I will be taking a short parental leave (both of my school-aged children currently have no in-person learning and I am responsible for supervising their remote education). The parties already are engaged in plea discussions and I expect those discussions to pick up as soon as I return to work.

To accommodate this request, Mr. Fowlkes has no objection to the exclusion of time for speedy trial purposes. Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212-417-8750

cc:   AUSA Mitzi Steiner (via ECF)

---

In light of the Defendant's request and the Government's consent, the status conference scheduled for December 2, 2020 is hereby adjourned to January 14, 2021 at 10 a.m. The Court finds that the ends of justice are served by the exclusion of time and outweigh the best interest of the public and the Defendant in a speedy trial, because doing so will allow the Defendant to consider any available motions he may wish to file and will allow the parties to continue negotiations toward a disposition of this case. Time is therefore excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date until January 14, 2021.
SO ORDERED.          *[signature]*  11/18/2020