USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cortez Fowlkes,

        Defendant.

20-cr-309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 21, 2021, the Court was informed that the Defendant does not have access to videoconference technology, and the Defendant requested that the Court proceed via teleconference. Accordingly, IT IS ORDERED that the June 22, 2021 proceeding will take place by teleconference. At 2:00 p.m. on June 22, the parties shall dial 888-363-4749 and enter access code 9196964#. The press and members of the public may use the same dial-in information but will not be permitted to speak.

    SO ORDERED.

Dated: June 21, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge