U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022

January 20, 2022

**BY ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date through June 22, 2022. Pursuant to the terms of DP agreement, the Court finds that the ends of justice served by granting this exclusion from speedy trial computations outweigh the interests of the public and the defendant in a speedy trial. SO ORDERED.
>
> *[signature]*
> 1/21/2022

Re: *United States v. Cortez Fowlkes*, 20 Cr. 309 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter to update the Court on the status of the deferred prosecution agreement (the "DP Agreement") entered in this matter on June 21, 2021, which was scheduled to expire on December 22, 2021. (Doc. No. 52.)

      On January 13, 2022, the U.S. Probation Office ("Probation") in Atlanta, Georgia, where the defendant resides and is currently being supervised, submitted a Pretrial Diversion Summary to the Government, which outlined the defendant's noncompliance with the terms of the DP Agreement.

      Pursuant to the DP Agreement, the Government reserved the right to "at any time revoke or modify any condition of this provisional release or change the period of such supervision." (Doc. No. 52 at 2.) Due to the defendant's repeated noncompliance with the terms of the DP Agreement, the Government, after conferring with the U.S. Pretrial Services Office in this District, intends to extend the period of the defendant's deferred prosecution for an additional six months through June 22, 2022.

2

      The Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through June 22, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), pursuant to the terms set forth in the DP Agreement.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

By:   _____
                                                Mitzi S. Steiner
                                                Assistant United States Attorney
                                                (212) 637-2284

CC: Julia Gatto, Federal Defenders of New York