**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                             20 CR. 309 (RMB)

   -against-

                                                                           **ORDER**

CORTEZ FOWLKES,
                Defendant.
------------------------------------------------------------X

The Court will hold a conference on Wednesday, June 1, 2022 at 11:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2039

Dated: May 26, 2022
        New York, NY

                                                                                                 RICHARD M. BERMAN
                                                                                                   U.S.D.J.