**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                          20 CR. 309 (RMB)
   -against-

                                                          **ORDER**

CORTEZ FOWLKES,
               Defendant.
------------------------------------------------------------X

     The conference scheduled for Thursday, June 16, 2022 at 9:30 AM is hereby rescheduled to 10:30 AM on the same date.

     In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2039

Dated: June 8, 2022
         New York, NY

                                                  */s/ Richard M. Berman*
                                               RICHARD M. BERMAN
                                                    U.S.D.J.